

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00292-CV

## IN RE SHIRLEY DUPRIEST
## AND FRED DUPRIEST

### Original Proceeding

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 22-001915-CV-361

## MEMORANDUM OPINION

The Petition for Writ of Injunction, filed on September 6, 2022, is denied. Relators'

Motion for Temporary (Emergency) Relief—By September 14, 2022, also filed on

September 6, 2022, is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Wright[1]
Petition denied
Motion dismissed as moot
Opinion delivered and filed October 26, 2022
[OT06]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.